# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cebull, Richard F. | US District Court - Montana | 5/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief US District Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>316 North 26th Street<br>Billings, MT 59101 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Cebull, Richard F.**

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 5/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 5/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | RBC Brokerage Acct I: | | | | | | | | | |
| 2. | MT St Dept Transportation Rv GRA Nt 2005 | A | Interest | | | Sold | 12/10/10 | J | A | |
| 3. | MT Univ Revs Higher Ed Facs Impt | A | Interest | J | T | | | | | |
| 4. | MT Fin Auth Rev B DsProvidence Hlth and Services F 2006 B | B | Interest | K | T | | | | | |
| 5. | Forsyth Mt Pollution Ctl Rev Bds 2006 | B | Interest | | | Sold | 12/10/10 | K | | |
| 6. | MT St Health Facs Auth RV Sisters of Charity | A | Interest | | | Redeemed | 06/07/10 | J | | |
| 7. | MT St Brd Hsg Single Family Mtg SER A-2 | A | Interest | | | Redeemed | 06/05/10 | J | | |
| 8. | MT St Higher Ed Student Assist Corp-Ser B | A | Interest | J | T | | | | | |
| 9. | Miami Dade Cnty Fla Oblig | A | Interest | | | Sold | 12/10/10 | J | | |
| 10. | MT Fac Fin Auth Rev Sr Living St Johns Lutheran A | A | Interest | J | T | | | | | |
| 11. | MT St Brd Hsg Single Fam Prog Bds 2008A | A | Interest | J | T | Redeemed (part) | 12/01/10 | J | | |
| 12. | Allianz NFJ Div Value Funds Class C MF | A | Dividend | J | T | Sold (part) | 12/10/10 | J | | |
| 13. | Columbia Funds Ser Tr Small Cap Value II Class C MF | | None | J | T | Sold (part) | 12/10/10 | J | | |
| 14. | American Funds Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 15. | Hartford Mutual Funds Inc Cap Apprecia. Fund Cl C MF | A | Dividend | J | T | Sold (part) | 12/10/10 | J | | |
| 16. | Intel Corp CS | A | Dividend | | | Sold | 12/10/10 | J | C | |
| 17. | Kayne Anderson Energy Total Return Fund MF | B | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Clearbridge Energy MLP FD Inc | A | Dividend | J | T | Buy | 09/18/10 | J | | |
| 19. St Mary Land & Exploration CS (name changed to SM Energy Co) | A | Dividend | | | | 06/02/10 | | | See Part VIII. |
| 20. SM Energy Co CS | A | Dividend | J | T | | | | | |
| 21. Texas Instruments Inc CS | A | Dividend | | | Sold | 12/10/10 | J | B | |
| 22. Invesco Van Kampen Mid-Cap Growth Fd Cl C MF | | None | J | T | Sold (part) | 12/10/10 | J | A | |
| 23. Thornburg Investment Trust Intl Value Fd CL C MF | A | Dividend | J | T | Sold (part) | 12/10/10 | J | | |
| 24. Countrywide Cap V 7%GTD Cap Sec | A | Interest | | | Sold | 09/08/10 | J | B | |
| 25. IRA # I | B | Int./Div. | M | T | | | | | |
| 26. -AIM Grth Ser Mid Cap Core Eq (Acquired by Invesco,LN 27) | | | | | | | | | |
| 27. -Invesco Mid Cap Core Equity Fd Cl C MF | | | | | | | | | |
| 28. -Allianz Nfj Dividend Value Fd Cl C MF | | | | | | | | . | |
| 29. -Allianz Fds Small Cap Value Fd Cl C MF | | | | | | | | | |
| 30. -American Fund Growth Fund of America Inc Cl C MF | | | | | | | | | |
| 31. -ING Groep NV 7.375% Pre Hybrid Cap Secs PFD | | | | | | | | | |
| 32. -Thornburg Investment Income Builder Cl C MF | | | | | | | | | |
| 33. -General Electric Capital Corp Med NTS Step-Up | | | | | | | | | |
| 34. -Prime Money Market Fund RBC Investor Class (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | IRA #2 | E | Int./Div. | P1 | T | | | | | |
| 36. | -International Bank for Reconstruction and Development | | | | | | | | | |
| 37. | -Huntington National Bank CD | | | | | Redeemed | 03/22/10 | M | | |
| 38. | -Bank of Amierica Charlotte, NC CD | | | | | Redeemed | 03/11/10 | M | | |
| 39. | -Cardinal Bank McClean, VA CD | | | | | Redeemed | 06/18/10 | M | | |
| 40. | -Beal Bank CD | | | | | Buy | 04/07/10 | M | | |
| 41. | -Wright Express CD | | | | | Buy | 04/14/10 | M | | |
| 42. | -Bank of China CD | | | | | Buy | 07/08/10 | M | | |
| 43. | -Invesco Build America Bonds Income Trust | | | | | Buy | 12/13/10 | K | | |
| 44. | -American Funds Smallcap World Fund Cl A MF | | | | | Buy | 03/31/10 | K | | |
| 45. | -American Fds American Intl Grw & Inc A MF | | | | | Buy | 03/31/10 | L | | |
| 46. | -First Interstate Bancsystem Inc. CS | | | | | Buy | 03/31/10 | M | | |
| 47. | -Wells Fargo & Co Dep Shs Pf S | | | | | Buy | 12/03/10 | K | | |
| 48. | -American Funds Europacific Growth Fund Cl A MF | | | | | Buy | 03/31/10 | L | | |
| 49. | -Pimco Floating Income FD Cl C MF | | | | | Buy | 12/02/10 | L | | |
| 50. | -Pimco Total Return Fund Cl C MF | | | | | | | | | |
| 51. | -Retirement Money Market (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 5/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Interstate Bank Acct | A | Interest | K | T | | | | | |
| 53. New York Life Ins Policy Cash Value | B | Dividend | K | U | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C 1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 5/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts: Line 1 is a header.

Part VII. Investments and Trusts: The Aim investment (Line 27) was acquired by Invesco, so the name changed to Line 28.

Part VII. Investments and Trusts: Saint Mary Land and Exploration (Line 19) was changed to SM Energy Co (Line20)

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 5/10/2011 |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 5/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard F. Cebull**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544